Filed          22-CI-00399     05/25/2022     Kim Channell, McCracken Circuit Clerk
A true copy attest     22-CI-00399     05/25/2022     /s/Kim Channell, McCracken Circuit Clerk

COMMONWEALTH OF KENTUCKY
MCCRACKEN CIRCUIT COURT
DIVISON_____
CIVIL ACTION NO. _____
*Electronically Filed*

ALICE CROSSLAND            PLAINTIFF

v.

AMERICAN CENTRAL TRANSPORT INC            DEFENDANT
Serve William Kretsinger, Sr
8731 NE Parvin Rd
Kansas City, MO 64161

## COMPLAINT

The Plaintiff, Alice Crossland, for her Complaint against the Defendant, American Central Transport Inc., states as follows:

### PARTIES

1. The Plaintiff, Alice Crossland, is a non-resident of the Commonwealth of Kentucky, residing at 197 Davis St, Metropolis, IL.

2. The Defendant, American Central Transport Inc. is a foreign corporation whose principal office is 8731 NE Parvin Rd, Kansas City, MO and which designated William Kretsinger Sr. as its registered agent for service of process.

3. The incident which forms the basis of this litigation occurred on October 15, 2021, in Paducah, McCracken County, Kentucky.

4. The amount in controversy exceeds the minimum amount necessary to establish jurisdiction of this Court.

Filed          22-CI-00399     05/25/2022     Kim Channell, McCracken Circuit Clerk
A true copy attest     22-CI-00399     05/25/2022     /s/Kim Channell, McCracken Circuit Clerk

Filed                22-CI-00399      05/25/2022        Kim Channell, McCracken Circuit Clerk
A true copy attest   22-CI-00399      05/25/2022        /s/Kim Channell, McCracken Circuit Clerk

## COUNT I
## COMMON LAW NEGLIGENCE

5.  On or about October 15, 2021, in Paducah, McCracken County, Kentucky, a vehicle negligently operated by Theodore King and owned by Defendant American Central Transport Inc. collided with a vehicle operated by Alice Crossland.

6.  The collision referred to in Paragraph 5 was the result of the negligence of Theodore King and Defendant, American Central Transport Inc.

7.  Theodore King was within the scope and course of his employment with Defendant American Central Transport Inc., on the date and time of the subject wreck. Thus, American Central Transport Inc., is vicariously liable for the negligence of Theodore King and the resulting damages.

8.  As a direct and proximate result of the negligence and carelessness of Defendant, American Central Transport Inc., as heretofore alleged, the Plaintiff, Alice Crossland, was caused to sustain personal injuries, both of a temporary and permanent nature to her person as a whole, resulting in the following damages:

(a)  Plaintiff has been caused to undergo mental and physical pain and suffering both of a temporary and permanent nature all to her damage in a sum to be determined by a jury sitting in the trial of this matter;

(b)  Plaintiff has been caused to expend sums of money for hospital, medical and other rehabilitation expenses and will be caused to expend such sums of money in the future in an amount to be determined by a jury sitting in the trial of this matter; and

(c)  Plaintiff incurred loss of her ability to lead and enjoy a normal life, all to her damage, in a sum to be determined by a jury sitting in the trial of this matter.

Package:000004 of 000006        Presiding Judge: HON. TIMOTHY KALTENBACH (602310)        Package : 000004 of 000006

Filed            22-CI-00399    05/25/2022        Kim Channell, McCracken Circuit Clerk
A true copy attest    22-CI-00399    05/25/2022        /s/Kim Channell, McCracken Circuit Clerk

## COUNT II
## STATUTORY NEGLIGENCE

9. Defendant, American Central Transport Inc.'s actions constitute violations of various sections and subsections of the Kentucky Revised Statutes; including, but not limited to KRS 189.290(1) and 189.390(2) and constitute negligence per se pursuant to KRS 446.070 and Kentucky case law.

10. The injuries sustained by Plaintiff, Alice Crossland, are of the type which these statutes seek to prevent and that such injuries were proximately caused by Defendant, American Central Transport Inc.'s violation of these statutes.

11. As a direct and proximate result of Defendant, American Central Transport Inc.'s violations of Kentucky law, Plaintiff, Alice Crossland, sustained the injuries and damages itemized in COUNT I, which is incorporated by reference as if set forth in COUNT II.

**WHEREFORE**, Plaintiff, Alice Crossland, demands judgment against Defendant, American Central Transport Inc. as follows:

A. A trial by jury on all issues of fact herein;

B. Compensatory damages against the Defendant in a fair and reasonable amount to be determined by a jury sitting at the trial of this matter, but in an amount sufficient to confer jurisdiction on this Court;

C. For prejudgment interest from the date of the Plaintiff's injuries until such time the judgment is paid;

D. For Plaintiff's costs herein expended; and

E. For any and all other relief to which the Plaintiff is entitled.

Package:000005 of 000006
Presiding Judge: HON. TIMOTHY KALTENBACH (602310)
Package : 000005 of 000006

Filed            22-CI-00399    05/25/2022        Kim Channell, McCracken Circuit Clerk
A true copy attest    22-CI-00399    05/25/2022        /s/Kim Channell, McCracken Circuit Clerk

Filed          22-CI-00399     05/25/2022        Kim Channell, McCracken Circuit Clerk
A true copy attest    22-CI-00399    05/25/2022       /s/Kim Channell, McCracken Circuit Clerk

## CERTIFICATION

This is to certify that pursuant to KRS 411.188(2), the undersigned attorneys have notified by certified mail all of those parties believed to possibly hold subrogation rights to any award received by the Plaintiff as a result of this action and that the failure to assert subrogation rights by intervention, pursuant to Kentucky Civil Rule 24, or otherwise will result in a loss of those rights with respect to any final award received by the Plaintiff as a result of this action.

Submitted on the 25th day of May 2022.

Most Respectfully,

/s/ Daryl Dixon
DARYL DIXON
Morgan & Morgan
817 Broadway
Paducah, KY 42001
Telephone: (270) 558-6871
Facsimile: (270) 558-6881
Email: daryld@forthepeople.com

Package:000006 of 000006

Presiding Judge: HON. TIMOTHY KALTENBACH (602310)

Package : 000006 of 000006

Filed          22-CI-00399     05/25/2022        Kim Channell, McCracken Circuit Clerk
A true copy attest    22-CI-00399    05/25/2022       /s/Kim Channell, McCracken Circuit Clerk



Michael G. Adams
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718

June 1, 2022

WILLIAM KRETSINGER SR
AMERICAN CENTRAL TRANSPORT INC
8731 NE PARVIN RD
KANSAS CITY, MO 64161


FROM:   SUMMONS DIVISION
        SECRETARY OF STATE

RE:     CASE NO: 22-CI-00399

COURT:  Circuit Court Clerk
        McCracken County
        PO Box 1455
        Paducah, KY 42002-1455
        Phone: (270) 575-7383

Legal action has been filed against you in the captioned case. As provided under Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

- **(1) Your attorney, or**
- **(2) The attorney filing this suit whose name should appear on the last page of the complaint, or**
- **(3) The court or administrative agency in which the suit is filed at the clerk's number printed above.**

The Kentucky Secretary of State has NO POWER to make a legal disposition of this case. Your responsive pleadings should be filed with the clerk of the court or agency where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve the pleading under a particular statute or rule and pay for said service.

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | Case #: **22-CI-00399**<br>Court:    **CIRCUIT**<br>County: **MCCRACKEN** |

*Plantiff,* **CROSSLAND, ALICE VS. AMERICAN CENTRAL TRANSPORT INC**, *Defendant*

TO:  **WILLIAM KRETSINGER SR**
      **8731 NE PARVIN RD**
      **KANSAS CITY, MO 64161**

Memo: Related party is AMERICAN CENTRAL TRANSPORT INC

RECEIVED
JUN 0 1 2022
SECRETARY OF STATE

The Commonwealth of Kentucky to Defendant:
**AMERICAN CENTRAL TRANSPORT INC**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*/s/ K. Chanell*
McCracken Circuit Clerk
Date: **5/25/2022**

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____

Served By _____

Title _____

Summons ID: 465136931707242@00000173762
CIRCUIT: 22-CI-00399 Long Arm Statute – SOS - Restricted Delivery
CROSSLAND, ALICE VS. AMERICAN CENTRAL TRANSPORT INC



Page 1 of 1

eFiled

*Package:000002 of 000006    Presiding Judge: HON. TIMOTHY KALTENBACH (602310)    Package : 000002 of 000006*

COMMONWEALTH OF KENTUCKY
MCCRACKEN CIRCUIT COURT
CIVIL ACTION NO.: 22-CI-00399

ALICE CROSSLAND                                                                      PLAINTIFF

**ANSWER OF DEFENDANT AMERICAN CENTRAL**
v.    **TRANSPORT, INC. TO PLAINTIFF'S COMPLAINT**

AMERICAN CENTRAL TRANSPORT                                                 DEFENDANTS

\* \* \* \* \*

Comes the Defendant, American Central Transport, Inc. ("American Central"), by counsel, and for its Answer to Plaintiff's Complaint, hereby states as follows:

### PARTIES

1. With respect to Paragraphs 1 and 4 of Plaintiff's Complaint, Defendant is without sufficient information or knowledge to form a belief as to the allegations and therefore denies the same.

2. With respect to Paragraphs 2 and 3 of Plaintiff's Complaint, Defendant admits the allegations contained therein.

### COUNT I - COMMON LAW NEGLIGENCE

3. With respect to Paragraphs 5, 6, 8, 8(a), 8(b), and 8(c) of Plaintiff's Complaint, Defendant denies the allegations contained therein.

4. With respect to Paragraph 7 of Plaintiff's Complaint, Defendant denies that Theodore King was negligent on the date and time of the subject wreck, and further states that the allegations call for a legal conclusion to which no responsive pleading is required; to the extent that any response is required, Defendant denies the allegations for lack of sufficient information or knowledge.

## COUNT II - STATUTORY NEGLIGENCE

5. With respect to Paragraphs 9, 10, and 11 of Plaintiff's Complaint, Defendant denies the allegations contained therein.

6. Any and all remaining allegations contained in Plaintiff's Complaint not specifically admitted are hereby denied.

## AFFIRMATIVE DEFENSES

7. Plaintiff's Complaint fails to state a claim upon which relief may be granted.

8. Plaintiff's Complaint may be barred, in whole or in part, by her own comparative fault, and/or the comparative fault of third-parties, over which Defendant has no control and for which Defendant is not liable.

9. Defendant adopts and incorporates by reference any and all other applicable affirmative defenses set forth in CR 8.03 of the Kentucky Rules of Civil Procedure.

10. Defendant reserves the right to add any and all other affirmative defenses as discovery may reveal.

WHEREFORE, Defendant, American Central Transport, Inc. ("American Central"), hereby demands the following relief:

1. That Plaintiff's Complaint be dismissed with prejudice;
2. For costs, expenses, and reasonable attorney's fees;
3. For trial by jury; and
4. For any and all other relief to which it may appear to be entitled.

BOEHL STOPHER & GRAVES, LLP

/s/ *Matthew B. Gay*
Matthew B. Gay (KBA No. 87405)
400 West Market Street Suite 2300
Louisville, KY 40202
Phone: (502) 589-5980
Fax: (502) 561-9400
mgay@bsg-law.com
COUNSEL FOR DEFENDANT
AMERICAN CENTRAL TRANSPORT, INC.

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on the 13th day of June, 2022. Electronic filers will receive service by CourtNet. A copy will be emailed to current non-filers.

Daryl Dixon
MORGAN & MORGAN
817 Broadway
Paducah, KY 42001
daryld@forthepeople.com
COUNSEL FOR THE PLAINTIFF

/s/ *Matthew B. Gay*
COUNSEL FOR DEFENDANT
AMERICAN CENTRAL TRANSPORT, INC.